# In the United States Court of Federal Claims

No. 13-139C
(Filed: December 2, 2016)

* * * * * * * * * * * * * * * * * * * * * * * * *

SEQUOIA PACIFIC SOLAR I, LLC, et al.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the parties' joint motion and subsequent agreement, the Court hereby grants the motion and amends its order dated May 2, 2016. The following schedule and trial procedures are adopted.

1. Additions may be made to the parties' preliminary exhibit lists until February 15, 2017, on or before which date the parties shall exchange revised exhibit lists. Thereafter the parties may add exhibits only under the following circumstances:
    (a) Until seven calendar days prior to the start of trial, the parties may add up to ten exhibits in good faith but without cause.
    (b) Until five calendar days prior to the start of trial, the parties may add exhibits that are directly related to exhibits added by an adverse party pursuant to subparagraph (a).
    (c) The parties may otherwise add exhibits only for good cause shown.

2. The parties shall file stipulations and joint exhibits with the Court on or before February 22, 2017.

3. Plaintiffs shall file their contentions of fact and law, exhibit list, witness list, and any motion to designate deposition testimony on or before February 22, 2017.

4. Defendant shall file its contentions of fact and law, exhibit list, witness list, and any motion to designate deposition testimony on or before March 17, 2017.

5. The parties shall file any non-dispositive motions, such as motions *in limine*, on or before March 31, 2017.

6. The parties shall file their objections to the opposing party's exhibit and witness lists as well as responses to any motions to designate deposition testimony on or before April 12, 2017.

7. The final pretrial conference will be held on April 17, 2017, at 10:00 am by telephone.

8. Plaintiffs will provide defendant and the Court with a complete set of stickered exhibits of plaintiffs' exhibits and the joint exhibits, and defendant will provide plaintiffs and the Court with a complete set of stickered exhibits of defendant's exhibits, on or before April 21, 2017.

9. Trial will begin on May 1, 2017, and conclude on May 12, 2017, at the National Courts Building in Washington, DC.

10. Because of the unavailability of Defendant's expert witness, Dr. John Parsons, on May 8-10, 2017, Defendant may call Dr. Parsons on May 11, 2017, and Plaintiffs may call any rebuttal witnesses on May 12, 2017, even if trial proceedings have otherwise concluded prior to May 11, 2017. The parties do not waive any objections they may have to the testimony of the witnesses of opposing parties.

                                          s/ Eric G. Bruggink
                                          ERIC G. BRUGGINK
                                          Judge