## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SEQUOIA PACIFIC SOLAR I, LLC, and
EIGER LEASE CO LLC,

        *Plaintiffs*,

    v.

THE UNITED STATES,

        *Defendant*.

No. 13-139-C
(Senior Judge Bruggink)

## JOINT STATUS REPORT

Defendant, the United States, and Plaintiffs, Sequoia Pacific Solar I, LLC, and Eiger Lease Co, LLC, submit this Joint Status Report pursuant to the Court's Order entered on June 5, 2017 (ECF #145), in which the Court directed the parties "to file their next joint status report regarding their settlement efforts and proposing next steps to resolve this case on or before July 3, 2017." The Parties have continued to engage in efforts to resolve this dispute and other related matters. However, this work is continuing, and the Parties require additional time to achieve a potential resolution of the case. The Parties therefore jointly and respectfully request that the Court enter the attached Proposed Order ordering that, on or before August 1, 2017, the parties file a joint status report regarding the settlement efforts and proposing next steps to resolve this case.

Respectfully submitted,

/s/ Steven J. Rosenbaum
Steven J. Rosenbaum
*Counsel of Record*
Nishchay H. Maskay
Sarah E. Tremont
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
Tel. (202) 662-5568
Fax (202) 778-5568


*Counsel for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General


ROBERT E. KIRSCHMAN, JR.
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Zachary J. Sullivan
ZACHARY J. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
Tel. (202) 616-0320
Fax (202) 514-8624


OF COUNSEL:

NATHANAEL YALE
MEEN-GEU OH
KARA WESTERCAMP
Trial Attorneys
U.S. Department of Justice


*Counsel for Defendant*

Dated: July 3, 2017

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SEQUOIA PACIFIC SOLAR I, LLC,** | ) | |
| **and EIGER LEASE CO, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 13-139-C** |
| | ) | **(Senior Judge Bruggink)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PROPOSED ORDER REGARDING PRE-TRIAL AND TRIAL SCHEDULE

Pursuant to the Parties' joint motion and agreement, the Court hereby directs the Parties to file a joint status report regarding their settlement efforts and proposing next steps to resolve this case on or before August 1, 2017.

_____
ERIC G. BRUGGINK
Senior Judge